# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES,<br><br>         Plaintiff,<br><br>    v.<br><br>J. AKANNO, et al.,<br><br>         Defendants.<br>                                                           / | CASE NO. 1:13-cv-00136-SKO PC<br><br>ORDER STRIKING UNSIGNED MOTION<br><br>(Doc. 4) |

Plaintiff Kevin Jones, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2013. In conjunction with his complaint, Plaintiff filed an unsigned motion seeking a temporary restraining order.

Unsigned documents cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131(b). Accordingly, Plaintiff's motion is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   February 4, 2013**             /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE